**Pyron William BLACK, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28356.

Court of Criminal Appeals of Texas.

May 30, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.